IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAQUEZ S. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES, Individual and Official capacity; JOHN DOE, Warden, Individual and Official capacity; JOHN DOE, Lieutenant/Sargent, Individual and Official capacity; and JOHN DOE, Case management, Individual and Official capacity;<br><br>Defendants. | **8:26CV80**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on its own motion. On February 23, 2026, Plaintiff filed a Complaint, Filing No. 1, while he was incarcerated in Douglas County Corrections. The Court granted him leave to proceed in forma pauperis on March 9, 2026, also while he was incarcerated. Plaintiff filed a change of address on April 8, 2026, indicating that he was currently confined in the Nebraska Department of Correctional Services' ("NDCS") Omaha Correctional Center ("OCC"), and providing a second mailing address due to a tentative release date of April 12, 2026. Filing No. 15. According to the NDCS' online inmate records, Plaintiff was released from custody on April 12, 2026, and is no longer confined at the OCC. *See* https://dcs-inmatesearch.ne.gov/Corrections/COR_input.jsp (last visited April 22, 2026).

Since Plaintiff is no longer incarcerated, he must now file a new application for leave to proceed in forma pauperis if he wishes to continue

pursuing this case in forma pauperis.  Plaintiff may, in the alternative, pay the Court's $405.00 filing and administrative fees.

IT IS THEREFORE ORDERED that:

1.    The Clerk of the Court shall, before docketing this order, update Plaintiff's address to the second mailing address provided in Filing No. 15.

2.    Plaintiff must either file a new request for leave to proceed in forma pauperis or pay the Court's $405.00 filing and administrative fees within 30 days.  Failure to take either action will result in dismissal of this matter without further notice to Plaintiff.

3.    The Clerk of the Court is directed to send to Plaintiff the Form AO 240, "Application to Proceed Without Prepayment of Fees and Affidavit."

4.    The Clerk of the Court is directed to set a pro se case management deadline with the following text: **May 22, 2026**: deadline for Plaintiff to file new IFP application or pay filing fee.

Dated this 22nd day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2