IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUAQUEZ S. JOHNSON,

Plaintiff,

vs.

UNITED STATES, Individual and
Official capacity; JOHN DOE, Warden,
Individual and Official capacity; JOHN
DOE, Lieutenant/Sargent, Individual
and Official capacity; and JOHN DOE,
Case management, Individual and
Official capacity;

Defendants.

**8:26CV80**

**MEMORANDUM AND ORDER**

This matter is before the Court for case management. On April 22, 2026, the Court directed Plaintiff to file a new request for leave to proceed in forma pauperis ("IFP") or pay the Court's $405.00 filing and administrative fees since Plaintiff had been released from incarceration as of April 12, 2026. Filing No. 16. On April 30, 2026, Plaintiff filed a notice of change of address indicating that he was currently confined in the Douglas County Department of Corrections. Filing No. 17. Because Plaintiff remains a prisoner and has been granted leave to proceed IFP as a prisoner, he does not need to file a new IFP motion or pay the Court's full filing fee at this time.

IT IS THEREFORE ORDERED:

1.    The Court's previous Memorandum and Order dated April 22, 2026, Filing No. 16, is moot, and Plaintiff does not need to take any action set forth in that order.

2.    The Clerk of Court is directed to terminate the previous May 22, 2026, pro se case management deadline.

3.    Plaintiff is advised that the next step in Plaintiff's case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 30th day of April, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

2