IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAQUEZ S. JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES, Individual and Official Capacity, et al.,<br><br>Defendants. | 8:26-CV-80<br><br>RECUSAL ORDER |

My oldest son, who is a licensed attorney, contracts with the City of Lincoln to provide the City with lobbying services. Although the City is not a party to this case, it appears from the plaintiff's recent filings that the City's interests are sufficiently implicated to require my recusal pursuant to 28 U.S.C. § 455(b)(5)(iii). Therefore,

IT IS ORDERED that I recuse myself from this case and the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 14th day of August, 2026.

BY THE COURT:

John M. Gerrard

John M. Gerrard
Senior United States District Judge